UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EMAN ELAMIN,<br><br>    Plaintiff,<br><br>vs.<br><br>LAW OFFICE OF WELTMAN, WEINBERG & REIS CO., L.P.A.; AND, DOES 1-20, INCLUSIVE,<br><br>    Defendants. | CASE NO. CV 12-1599-DMG (FMOx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [59]** |

    This Court having reviewed the filed Stipulation Re: Dismissal of Entire Action, With Prejudice, signed by Plaintiff EMAN ELAMIN and counsel for Defendant LAW OFFICE OF WELTMAN, WEINBERG & REIS CO., L.P.A., hereby orders that this matter be dismissed in its entirety, with prejudice.

    IT IS SO ORDERED.

DATED: March 18, 2013

                                              _____
                                              DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE